UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE L SCHWARTZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN,<br><br>                    Defendant. | Case No.  14-cv-03859-JD<br><br>**JUDGMENT** |

**( )  Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: August 19, 2015

Richard W. Wieking
Clerk, United States District Court

Lisa R. Clark
Deputy Clerk to the Honorable James Donato